## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TWO OLD HIPPIES, LLC,

      Plaintiff,

vs.                                                                  No. CIV 10-0459 JB/RLP

CATCH THE BUS, LLC, GARY MACK
and FALLON MACK,

      Defendants.

## DEFAULT JUDGMENT AGAINST DEFENDANT CATCH THE BUS, LLC

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed February 24, 2011 (Doc. 38), which stated that the Court would grant Plaintiff Two Old Hippies, LLC's Motion to Strike Pleadings of and Enter Default Judgment Against Defendant Catch the Bus, LLC, filed November 2, 2010 (Doc. 27) if Defendant Catch the Bus, LLC, did not obtain new counsel within ten days of the order. Because Catch the Bus has not obtained new counsel and remains unrepresented, the Court now enters default judgment against Catch the Bus on liability for Two Old Hippies' claims, and strikes Catch the Bus' pleadings.

**IT IS ORDERED** that: (i) Catch the Bus' pleadings are stricken; and (ii) default judgment is entered on liability against Catch the Bus on all of Plaintiff Two Old Hippies, LLC's remaining claims.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and parties :*

Thomas P Gulley
Rebecca L. Avitia
Bannerman & Johnson, PA
Albuquerque, New Mexico

       *Attorneys for Two Old Hippies, LLC*

Catch the Bus, LLC
Alamogordo, New Mexico

       *Defendant pro se*

Gary Mack
Alamogordo, New Mexico

       *Defendant pro se*

Fallon Mack
Alamogordo, New Mexico

       *Defendant pro se*